**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAWRENCE RAMIREZ,                    ) NO. CV 07-02857 DSF (SS)
                                     )
                    Petitioner,      ) **JUDGMENT**
                                     )
          v.                         )
                                     )
KELLY HARRINGTON, Acting Warden,     )
                                     )
                    Respondent.      )
_____    )


        Pursuant to the Court's Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

with prejudice.


        DATED: 3/8/10

                                    _____
                                    DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE